UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR RIVERA<br><br>Defendant | MBD No. 21-mc-91461 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the Assented-To Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendants have been and charged by criminal complaint styled *United States v. Cesar Rivera*, Case No. 21-mj-01437-DLC.  The parties have engaged in discussions regarding the case, and discovery is being produced in advance of Indictment.  Additionally, this case implicates mandatory minimum penalties upon Indictment.  Even with due diligence, the parties expect to be unable to finalize their discussions prior to the time within which an indictment must be filed.  As a result, the United States, with the assent of the Defendants, requests an extension of time to return an indictment.  The requested exclusion of time represents an extension of the United States' time to file an indictment under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from July 14, 2021, to and including October 14, 2021, from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

2

Accordingly, the Court hereby grants the Assented-To Motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment must be filed is continued to November 13, 2021; and (2) the period from July 14, 2021 through and including October 14, 2021, is excluded from the speedy trial clock and from the time within which an indictment must be filed.

 /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE

Date:  July 15, 2021